**Below is the Order of the Court.**

*Mary Jo Heston*
_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>PAUL JOE,<br><br>                Debtor. | Case No. 17-41216-MJH<br><br>ORDER AUTHORIZING DEBTOR'S APPLICATION FOR AUTHORIZATION TO EMPLOY BANKRUPTCY COUNSEL (MOTSCHENBACHER & BLATTNER, LLP) |

THIS MATTER having come before the Court on the application of Paul Joe, Debtor-in-Possession ("Debtor"), for an order authorizing him to employ Motschenbacher & Blattner, LLP as attorneys for Debtor; the Court having reviewed the motion and accompanying statement, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

/ / / / /

Page 1 – ORDER GRANTING MOTION FOR AUTHORIZATION TO EMPLOY BANKRUPTCY COUNSEL

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-41216-MJH    Doc 15    Filed 04/24/17    Ent. 04/24/17 13:37:09    Pg. 1 of 2

IT IS HEREBY ORDERED as follows:

1) Debtor's Application to Employ Counsel is approved, and Debtor is authorized to employ the law firm of Motschenbacher & Blattner, LLP as of the Petition Date as Debtor's Chapter 11 counsel to represent Debtor in conducting the case; and

2) The Debtor shall pay said attorneys for their services only upon the entry of an order of the Court approving such fees under 11 U.S.C § 330.

# # #

Order Presented by:
MOTSCHENBACHER & BLATTNER, LLP
/s/ Troy G. Sexton
Troy G. Sexton, WSBA # 48826
Telephone: 503-417-0500
E-mail: tsexton@portlaw.com
Of Attorneys for Debtor

**PARTIES TO SERVE**

**ECF Electronic Service:**

- Nicholas J Henderson    nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com
- Kathryn E Perkins    kathryn.e.perkins@usdoj.gov, Tara.Maurer@usdoj.gov;young-mi.petteys@usdoj.gov;martha.a.vandraanen@usdoj.gov
- United States Trustee    USTPRegion18.SE.ECF@usdoj.gov

**Service via First-Class Mail:**

- None

Page 2 – ORDER GRANTING MOTION FOR AUTHORIZATION TO EMPLOY BANKRUPTCY COUNSEL

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-41216-MJH    Doc 15    Filed 04/24/17    Ent. 04/24/17 13:37:09    Pg. 2 of 2