Below is the Order of the Court.

*Mary Jo Heston*
_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 17-41216 |
| PAUL JOE | ORDER REGARDING DEBTOR'S MOTION FOR USE OF CASH COLLATERAL |
| Debtors. | |

THIS MATTER came before the Court on June 6, 2017 on a hearing pursuant to the Debtors' Motion for Use of Cash Collateral (Dkt. #16). The Debtor appeared by and through his attorney Troy G. Sexton of Motschenbacher & Blattner, LLP; the United States Trustee appeared by and through its attorney Thomas Buford; and, Secured Creditor Hampton Heights LLC appeared by and through its attorneys Dean Alterman and Mathew Lauritsen of Kell, Alterman & Runstein. The Court have heard the arguments of counsel and reviewed the relevant pleadings and file herein, it is hereby:

ORDERED as follows:

Page 1 – ORDER ON DEBTOR'S MOTION FOR USE OF
CASH COLLATERAL

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-41216-MJH    Doc 25    Filed 06/14/17    Ent. 06/14/17 09:51:31    Pg. 1 of 2

1. The Court approves the interim use of cash collateral in an amount up to $2,500 and for the uses specified in the Debtor's budget attached to his Motion. The Debtor's right to use cash collateral will terminate on the earlier of the date of the Debtor's first pay check or July 6, 2017, whichever occurs first;

2. If the continued use of cash collateral is necessary after July 6, 2017, then the Debtor's attorney will file an appropriate motion by June 20, 2017. Any responses to that Motion will be due by July 5, 2017;

3. The Debtor will provide a copy of the restaurant lease to the parties and records requested by the United States Trustee regarding use of 6 month's rent; and

4. The Secured Creditor Hampton Heights will provide a copy of the note and deed of trust securing the Debtor's real property to all parties.

/// **END OF ORDER** ///

Presented by:

MOTSCHENBACHER & BLATTNER, LLP

By: /s/ Troy G. Sexton
Troy G. Sexton, WSBA #48826
117 SW Taylor Street, Suite 300
Portland, OR 97204
Tel. 503-417-0517
Fax 503-417-0501
tsexton@portlaw.com
Attorneys for Debtor

Page 2 – ORDER ON DEBTOR'S MOTION FOR USE OF
    CASH COLLATERAL

**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Phone: (503) 417-0500**
**Fax: (503) 417-0501**

Case 17-41216-MJH    Doc 25    Filed 06/14/17    Ent. 06/14/17 09:51:31    Pg. 2 of 2