| | |
|---|---|
| Douglas P. Cushing, WSB # 23392<br>JORDAN RAMIS PC<br>Two Centerpointe Drive, Suite 600<br>Lake Oswego, OR 97035<br>Telephone: (503) 598-7070<br>Fax: (503) 598-7373<br><br>Attorney for Creditor City of St. Helens | Hon. Mary Jo Heston<br>Chapter 11<br>Location: 500 W. 12th Street,<br>2d Floor, Vancouver, WA<br>Hearing Date: 1/9/18<br>Hearing Time: 9:00 a.m.<br>Response Date: 1/2/18 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

In re

PAUL JOE,

            Debtor.

Case No. 17-41216-MJH

DECLARATION OF DOUGLAS P. CUSHING IN SUPPORT OF CREDITOR CITY OF ST. HELENS' MOTION TO CONVERT THE DEBTOR'S CHAPTER 11 CASE TO A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 1112(b)

I, DOUGLAS P. CUSHING, do hereby state and declare as follows:

1. I am the attorney of record for Creditor City of St. Helens in the above-captioned bankruptcy. I am over eighteen (18) years of age and competent to testify to the facts contained herein. I make this declaration based upon my personal knowledge and I am competent to testify.

2. I state that despite promises, the City of St. Helens has received no evidence of an offer to purchase a portion of the property from Mr. Joe, nor of a proposal for financing.

3. I further state as of December 11, 2017, no proposed disclosure statement or plan has been filed in the present bankruptcy.

DECLARATION OF DOUGLAS P. CUSHING IN SUPPORT OF CREDITOR CITY OF ST. HELENS MOTION TO CONVERT THE DEBTOR'S CHAPTER 11 CASE TO A CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) - Page 1

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: 503.598.7070 Fax: 503.598.7373
49698-71067 2877931_1\CS/12/12/2017

Case 17-41216-MJH    Doc 49    Filed 12/12/17    Ent. 12/12/17 14:18:57    Pg. 1 of 3

4. I further state that the City of St. Helens has discussed the status of any pending request for modification of the property lines with the Columbia County Planning Department, and that no such request has been submitted as of December 11, 2017.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on December 12, 2017.

JORDAN RAMIS PC
Attorneys for Creditor City of St. Helens

By: s/ Douglas P. Cushing
Douglas P. Cushing, WSBA # 23392

DECLARATION OF DOUGLAS P. CUSHING IN SUPPORT OF CREDITOR CITY OF ST. HELENS MOTION TO CONVERT THE DEBTOR'S CHAPTER 11 CASE TO A CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) - Page 2

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: 503.598.7070 Fax: 503.598.7373
49698-71067 2877931_1\CS/12/12/2017

Case 17-41216-MJH    Doc 49    Filed 12/12/17    Ent. 12/12/17 14:18:57    Pg. 2 of 3

# DECLARATION OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing DECLARATION OF DOUGLAS P. CUSHING IN SUPPORT OF CREDITOR CITY OF ST. HELENS MOTION TO CONVERT THE DEBTOR'S CHAPTER 11 CASE TO A CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) on:

All ECF Participants

Nicholas J. Henderson, nhenderson@portlaw.com
Troy G. Sexton, tsexton@portlaw.com
　　Attorneys for Debtor

Kathryn E. Perkins, kathryn.e.perkins@usdoj.gov
　　Attorney for US Trustee

United States Trustee, USTPRegion18.SE.ECF@usdoj.gov

[x] by electronic transmission.

DATED: December 12, 2017.

　　　　　s/ Douglas P. Cushing
　　　　　Douglas P. Cushing, WSBA # 23392
　　　　　Attorney for Creditor City of St. Helens

DECLARATION OF SERVICE

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Drive, Suite 600
Lake Oswego, OR 97035
Telephone: 503.598.7070 Fax: 503.598.7373
49698-71067.2877931 DPCS/12/12/2017

Case 17-41216-MJH    Doc 49    Filed 12/12/17    Ent. 12/12/17 14:18:57    Pg. 3 of 3