Nicholas J. Henderson, WSBA #44626
nhenderson@portlaw.com
Troy G. Sexton, WSBA #48826
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

The Honorable Mary Jo Heston
Chapter 11 Proceeding

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON

In re:

**Paul Joe,**
           Debtor.

Case No. 17-41216

NOTICE OF HEARING TO APPROVE DISCLOSURE STATEMENT

## NOTICE OF HEARING

TO: Clerk of the Court, US Trustee, Debtors and all parties listed on the attached mailing matrix.

    Paul Joe (the "Debtor") has filed his Disclosure Statement and proposed Plan of Reorganization with the Court. In accordance with Local Rule 3017-1, you are being given notice of this filing and opportunity to be heard on the adequacy of the Disclosure Statement as a prelude to disseminating the Disclosure Statement and Plan of Reorganization to creditors and parties entitled to vote on the Debtor's Plan.

    A hearing will take place to consider the adequacy of the Disclosure Statement on **February 6th, 2018 at 9:00 AM**, at the Vancouver Federal Building, 500 W 12th St, Second Floor, Vancouver, WA 98660.

    IF YOU OPPOSE the Proposed Disclosure Statement, you must file and serve your opposition **not later than January 30, 2018**. There will be a conference of attorneys for those parties objecting to the Plan and Disclosure Statement on **February 1 at 1:00 PM**. The attorney for each objecting party shall attend the conference. Please contact Troy G. Sexton, at

{00030186:1} Page 1 – NOTICE OF HEARING TO APPROVE DISCLOSURE STATEMENT

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-41216-MJH    Doc 54    Filed 12/22/17    Ent. 12/22/17 14:17:28    Pg. 1 of 2

503-417-0517 to arrange attendance at the conference.

If no objections are filed, counsel for the Debtor may present an order approving the Disclosure Statement without the necessity of a formal hearing.

Dated: December 22, 2017        /s/ Troy G. Sexton
                                Troy G. Sexton, WSBA No. 48826
                                Attorney for Debtor

**Served via ECF:**

- Nicholas J Henderson    nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com
- Troy G Sexton    tsexton@portlaw.com, mmyers@portlaw.com
- United States Trustee    USTPRegion18.SE.ECF@usdoj.gov

**Served via First Class Mail:**

**Secured Creditors:**

City of St. Helens
PO Box 278
St. Helens, OR 97051-0278

Dean Alterman
Folawn Alterman & Richardson
805 SW Broadway, Suite 2750
Portland, OR 97205-3306

Hampton Heights LLC
PO Box 993
St. Helens, OR 97051-0993

Columbia County Tax Collector
230 Strand
St. Helens, OR 97051-2040

Oregon Department of Revenue
ODR Bkcy
955 Center Street NE, #353
Salem, OR 97301-2555

Mathew W. Lauritsen
Kell Alterman & Runstein LLP
520 SW Yamhill Street, Suite 600
Portland, OR 97204-1329

Douglas Cushing
Jordan Ramis PC
2 Centerpoint Drive, 6th Floor
Lake Oswego, OR 97035-8618

**Unsecured Creditors:**

OneMain
PO Box 3251
Evansville, IN 47731-3251

Bing's Restaurant, Inc.
58209 S. Columbia River Hwy.
St. Helens, OR 97051-3229

One Main Financial
PO Box 183172
Columbus, OH 43218-3172

IRS
PO Box 7346
Philadelphia, PA 19101-7346

One Main Financial
Formerly Citifinancial
6801 Colwell Blvd.
Irving, TX 75039-3198

**Debtor and Trustee:**

Paul Joe
11328 NE 51st Circle
Apt 192
Vancouver WA 98682

Kathryn E. Perkins
Office of the United States Trustee
700 Stewart Street, #5103
Seattle, WA 98101-4438

United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-4438

{00030186:1} Page 2 – NOTICE OF HEARING TO APPROVE DISCLOSURE STATEMENT

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-41216-MJH    Doc 54    Filed 12/22/17    Ent. 12/22/17 14:17:28    Pg. 2 of 2