**Below is the Order of the Court.**

*Mary Jo Heston*
_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>    PAUL JOE,<br><br>        Debtor. | Case No. 17-41216<br><br>ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT |

      THIS MATTER having come before the Court upon the Debtor's Application for Employment of Real Estate Agent Kidder Mathews ("Kidder Mathews") for the estate. The Court having considered the file and record herein, including the Debtor's application and the exhibits attached thereto, and finding that Kidder Mathews has the expertise necessary to represent the estate in the sale of the real property, that Kidder Mathews neither holds nor represents any interest materially adverse to the estate, and that Kidder Mathews is a disinterested party as defined by 11 U.S.C. Section 101(14); and the Court having determined that the employment of Kidder Mathews by the Debtor is in the best interests of the estate; now, therefore, it is hereby ORDERED as follows:

{00029901:2}     Page 1 – ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-41216-MJH    Doc 64    Filed 01/11/18    Ent. 01/11/18 15:08:57    Pg. 1 of 2

1.  The Debtor is authorized to employ Kidder Mathews as his real estate agent to represent the estate in the sale of the Debtor's real property and to perform the services set forth in the application provided.

2.  Any payments of fees are subject to final approval by the court after notice and hearing.

///END OF ORDER///

Submitted by:

/s/ Troy G. Sexton
Troy G. Sexton, WSBA No. 48826
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

{00029901:2}  Page 2 – ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-41216-MJH    Doc 64    Filed 01/11/18    Ent. 01/11/18 15:08:57    Pg. 2 of 2