| | | |
|---|---|---|
| 1 | Don Thacker, WSB #15708 | <u>Hon. Mary Jo Heston</u> |
| | Chapter 7 Trustee | In Proceedings Under |
| 2 | PO Box 118 | Chapter 7 |
| | La Center, WA 98629 | Hearing Date:  June 5, 2018 |
| 3 | 360-841-7093 | Hearing Time:  9:00 am |
| | | Hearing Location: 500 W 12th St |
| 4 | | 2nd Floor |
| | | Vancouver WA |
| 5 | | Response Date:  May 29, 2018 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| In re: | ) | Case No.  17-41216 |
| | ) | |
| JOE, Paul, | ) | **NOTICE OF MOTION AND HEARING** |
| | ) | |
| Debtor(s). | ) | |

PLEASE TAKE NOTICE that the Trustee's motion seeking

**TRUSTEE'S MOTION TO ABANDON REAL PROPERTY**

IS SET FOR HEARING as follows:

| | | | |
|---|---|---|---|
| **JUDGE:** | **The Honorable Mary Jo Heston** | **TIME:** | **9:00 AM** |
| **PLACE:** | **500 W 12th Street** | **DATE:** | **June 5, 2018** |
| | **Vancouver, Washington** | | |

IF YOU OPPOSE the Motion, you must file your written response with the court clerk, serve two copies of the Judge's chambers and deliver copies on the undersigned **NOT LATER THAN the RESPONSE DATE, which is May 29, 2018**.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 7 day of May, 2018.

/s/ Don Thacker
Don Thacker, WSB #15708
Trustee

Don Thacker
Chapter 7 Trustee
PO Box 118
La Center, WA  98629
360-841-7093

| | |
|---|---|
| 1 | Don Thacker, WSB #15708 |
| | Chapter 7 Trustee |
| 2 | PO Box 118 |
| | La Center, WA 98629 |
| 3 | 360-841-7093 |

Hon. Mary Jo Heston
In Proceedings Under
 Chapter 7
Hearing Date: June 5, 2018
Hearing Time: 9:00 am
Hearing Location: 500 W 12th St
                                2nd Floor
                                Vancouver WA
Response Date: May 29, 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:                                                    )        Case No.    17-41216
                                                             )
JOE, Paul,                                              )        **TRUSTEE'S MOTION TO ABANDON**
                                                             )        **REAL PROPERTY**
                    Debtor.                           )

The Chapter 7 Trustee requests an order approving the abandonment of real property

located at 58209 Columbia River Highway in Saint Helens, Oregon. The Trustee represents to the

Court as follows:

1.        This case was originally filed on March 30, 2017, and was converted to a Chapter 7

on April 6, 2018. Don Thacker is the duly appointed interim Chapter 7 Trustee.

2.        The Debtor listed as an asset real property located at 58209 Columbia River

Highway, Saint Helens, Oregon. On Schedule A, the Debtor asserts the real property has a value

of $2,500,000.00. Schedule D reveals $1,361,583.30 of debt secured by the real property.

3.        On Schedule G, the Debtor reveals he leases the real property to BNJ Unlimited

LLC ("BNJ"). The Trustee believes the Debtor's daughter is the principal in BNJ. BNJ operates a

restaurant/bar on the real property. The Trustee understands that the rent is delinquent. No rent

was paid to the Trustee since this case was converted to a Chapter 7.

///

TRUSTEE'S MOTION TO ABANDON REAL PROPERTY
(58209 Columbia River Hwy, Saint Helens, OR)  - 1

1    4.    The Trustee asked the Debtor to provide proof of liability insurance, with the

2    Chapter 7 estate as a named insured on the policy. The Debtor has failed to provide such proof of

3    insurance to the Trustee

4    5.    The Trustee has received updates on the unpaid principal balance of the debt

5    secured by the residence. It is as follows:

6
| Delinquent real property tax | $ 35,000.00 |
| Hampton Heights LLC | $ 1,600,000.00 |
| City of St. Helens | $ 160,000.00 |
| **Total** | **$ 1,795,000.00** |

8    6.    During the pendency of the Chapter 11 case, the Debtor hired realtor Mark Piscitelli

9    of Kidder Mathews as realtor to explore selling all or part of the real property.

10   7.    Piscitelli informed the Trustee recently that the entirety of the real property has an

11   estimated fair market value of no more than $1,752,419.00. That figure is less than the debt owed

12   against the real property. In order to sell the real property in 30-90 days, Pistcitelli suggests a list

13   price of only $1,362,992.00.

14   8.    Finally, the Trustee's accountant has counseled the Trustee that sale of the

15   property could trigger tax liability for the estate.

16   9.    Clearly there is no equity in the real property for the Chapter 7 estate. Moreover,

17   operating a restaurant and bar without being adequately insured exposes the Chapter 7 estate to

18   significant dramshop liability.

19   10.    Attached hereto as Exhibit "1" is a proposed Order.

20   WHEREFORE, the Trustee requests an order abandoning the real property for the reasons

21   set forth above.

22   DATED this 7th day of May, 2018.

23

24                                         /s/ Don Thacker
                                           Don Thacker, WSB #15708
25                                         Trustee

TRUSTEE'S MOTION TO ABANDON REAL PROPERTY
(58209 Columbia River Hwy, Saint Helens, OR)   - 2

Don Thacker
Chapter 7 Trustee
PO Box 118
La Center, WA 98629
360-841-7093

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | ) | Case No. 17-41216 |
| | ) | |
| JOE, Paul, | ) | **ORDER ABANDONING REAL PROPERTY** |
| | ) | |
| Debtor(s). | ) | (58209 Columbia River Hwy, Saint Helens, OR) |
| | ) | |
| | ) | |

THIS MATTER having come before the Court upon the Trustee's Motion for an Order approving the abandonment of real property located at 58209 Columbia River Highway in Saint Helens, Oregon; it appearing to the Court that the Trustee filed a Motion to Abandon Real Property, and notice thereof, was sent to all creditors; it appearing to the Court that neither the Trustee nor the Court have received any objections to the proposed motion; it appearing to the Court that the motion is in the best interest of creditors and the Debtors; the Court being fully advised and good cause appearing therefore;

IT IS HEREBY ORDERED that the Trustee's Motion to Abandon Real Property is approved.

/// END OF ORDER ///

Presented by:

*/s/ Don Thacker*
Don Thacker, WSB #15708
Chapter 7 Trustee

ORDER ABONDONING REAL PROPERTY
(58209 Columbia River Hwy, Saint Helens, OR) - 1

Don Thacker
Chapter 7 Trustee
PO Box 118
La Center, WA 98629
360-841-7093