**Below is the Order of the Court.**

*/s/ Mary Jo Heston*
_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No. 17-41216 |
| JOE, Paul, | **ORDER ABANDONING REAL PROPERTY** |
| Debtor(s). | (58209 Columbia River Hwy, Saint Helens, OR) |

THIS MATTER having come before the Court upon the Trustee's Motion for an Order approving the abandonment of real property located at 58209 Columbia River Highway in Saint Helens, Oregon; it appearing to the Court that the Trustee filed a Motion to Abandon Real Property, and notice thereof, was sent to all creditors; it appearing to the Court that neither the Trustee nor the Court have received any objections to the proposed motion; it appearing to the Court that the motion is in the best interest of creditors and the Debtors; the Court being fully advised and good cause appearing therefore;

IT IS HEREBY ORDERED that the Trustee's Motion to Abandon Real Property is approved.

/// END OF ORDER ///

Presented by:

/s/ Don Thacker
_____
Don Thacker, WSB #15708
Chapter 7 Trustee

ORDER ABONDONING REAL PROPERTY
(58209 Columbia River Hwy, Saint Helens, OR) - 1

Don Thacker
Chapter 7 Trustee
PO Box 118
La Center, WA 98629
360-841-7093

Case 17-41216-MJH    Doc 116    Filed 06/04/18    Ent. 06/04/18 16:13:13    Pg. 1 of 1