Form clno (02/2011)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:
    Paul Joe

    Debtor(s).

Case Number: 17–41216–MJH
Chapter: 7

## CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for **Paul Joe,** for the reason(s) indicated below:

☑ The Debtor(s) did not file a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management.

☐ Debtor(s) has not certified that all domestic support obligations due have been paid.

☐ Debtor(s) is ineligible for a discharge.

**If the debtor files a Motion to Reopen the Case to file the missing certificate(s), a reopening fee is due.**

Dated: <u>August 20, 2018</u>

                                              Mark L. Hatcher
                                              Clerk of the Bankruptcy Court