**Submitted But not Entered.**

Troy G. Sexton, WSB #48826
tsexton@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528



The Honorable Mary Jo Heston
United States Bankruptcy Court
Chapter 7 Proceeding
Ex Parte

_____
Mary Jo Heston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

Order does not Comply with formatting requirements pursuant to Local Rules W.D. Wash. Bankr. 9021-1(d)(1)(2)(3)

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| In re:<br><br>Paul Joe,<br><br>                Debtor. | Case No. 17-41216<br><br>ORDER REOPENING CASE TO ALLOW DEBTOR TO FILE FINANCIAL MANAGEMENT CERTIFICATE & OBTAIN A DISCHARGE |
|---|---|

It is hereby ORDERED that this case is reopened to allow the debtor to file financial the financial management certificate and to obtain a discharge. This case may then close after twenty (20) days if there is no further activity in the case.

## ##

Therefore, the Debtor requests that the case be allowed to be reopened to file the certificate and to obtain a discharge. The case may then be promptly closed after the entry of a discharge order.

Presented by:

/s/ Troy G. Sexton
_____
Troy G. Sexton, WSBA #48826
Telephone: 503-417-0500
Email: tsexton@portlaw.com
Of Attorneys for Debtor

Page 1 – ORDER REOPENING CASE {00228455:1}

**Motschenbacher & Blattner, LLP**
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone (503) 417-0500
Fax (503) 417-0501